FILED

OCT 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04 - 0293 ~~PJH~~ MHP |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER |
| vs. | |
| ASHRAF ALI, et al., | |
| Defendants. | |

WHEREAS, this matter is currently scheduled for judgment and sentencing on Monday, October 22, 2007, at 9:00 a.m., before this Court, as to defendants Ashraf Ali, Shawn Corporation, and AASIM Enterprises as well as a status hearing as to defendant Yasmin Ali;

WHEREAS, the parties and the Probation Department require additional time to review and analyze the underlying personal financial data of both the defendant Ashraf Ali as well as that of his wife and co-defendant Yasmin Ali and the two defendant corporate entities owned by the defendants in advance of the Probation Department's preparation of the final Pre-Sentence Report;

WHEREAS, the parties believe the requested continuance will provide sufficient time to resolve any remaining issues surrounding the Pre-Sentence Report, with the hope of reducing and even eliminating the need for a contested sentencing hearing before this Court;

Stipulation and Order
*UNITED STATES V. ALI, ET AL.*
[CR 04 - 0293 MHP]

1   WHEREAS, the continuance will also work to maintain continuity between this matter and
2   the sentencing of Ms. Ali, which is now scheduled for the third week in December 2007 before the
3   Honorable Phyllis J. Hamilton, in CR 04 - 0292 PJH;
4   WHEREAS, the parties are agreeable to continuing the matter until Monday, December 17,
5   2007, for a judgment and sentencing of the aforementioned defendants;
6   WHEREAS, the parties have consulted with the Probation Officer, Ms. Connie Cook,
7   regarding the proposed continuance and new date, in accordance with Local Rule 32;
8   WHEREAS, the parties have consulted with the Court's deputy, Mr. Anthony Bowser, who
9   confirmed that December 17, 2007, is an agreeable date on the Court's calendar;
10  THEREFORE, the parties stipulate and hereby agree that the matter should be continued
11  for judgment and sentencing as to the defendants Ashraf Ali, Shawn Corporation, and AASIM
12  Enterprises until Monday, December 17, 2007, at 9:00 a.m., with the deadlines for filing
13  sentencing memoranda to be set according to the normal deadlines provided under the Local Rules
14  of this Court.
15  **IT IS SO STIPULATED.**

17  DATED: 10/18/07            SCOTT N. SCHOOLS
                                UNITED STATES ATTORNEY

                                TIMOTHY J. LUCEY
                                Assistant United States Attorney

21  DATED: 10/17/07            EDWARD SWANSON, ESQ.
                                Attorney for Defendants Ashraf Ali and
                                Shawn Corporation

24  DATED: 10/17/07            ANN C. MOORMAN, ESQ.
                                Attorney for Defendants Yasmin Ali and
                                AASIM Enterprises

Stipulation and Order
*UNITED STATES V. ALI, ET AL.*
[CR 04 - 0293 MHP]                    - 2 -

1  **IT IS SO ORDERED.**

3  **DATED:** 10/19/07

HONORABLE MARILYN HALL PATEL
United States District Court

Stipulation and Order
*UNITED STATES V. ALI, ET AL.*
[CR 04 - 0293 MHP]                                  - 3 -