UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-04-0293 MHP |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER RESETTING DATES |
| ASHRAF ALI, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Timothy J. Lucey, defendants Ashraf Ali and Shawn Corporation through their counsel Edward Swanson and defendant Aasim Corporation through its counsel Ann C. Moorman that the sentencing date in these matters now scheduled for May 19, 2008 shall be vacated and reset for July 14, 2008 at 9:00a.m. The United States Probation Officer assigned to the case, Connie Cook does not object to this request.

Dated: May 15, 2008

ANN C. MOORMAN
Attorney for Defendant Aasim Corporation

Dates: May 15, 2008

EDWARD W. SWANSON
Attorney for Defendants Ashraf Ali and Shawn Corp.

Dated: May 16, 2008

TIMOTHY J. LUCEY
Assistant United States Attorney

Stipulation and [Proposed] Order Resetting Dates        1

## ORDER

BASED UPON THE ABOVE STIPULATION, IT IS HEREBY ORDERED THAT the sentencing proceeding for defendants Ashraf Ali, Shawn Corporation and Aasim Corporation now set for May 19, 2008, is vacated and is hereby reset for July 14, 2008, at 9:00 a.m.

Dated: May 16, 2008

HONORABLE MARILYN HALL PATEL
United States District Court Judge