1 Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
2 300 Montgomery Street, Suite 1100
San Francisco, California 94104
3 Telephone: (415) 477-3800
Facsimile: (415) 477-9010
4
Attorney for ASHRAF ALI
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 04-0293 MHP |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| ASHRAF ALI, et al., | |
| Defendants. | Date: July 14, 2008<br>Time: 9:00 a.m.<br>Court: Hon. Marilyn H. Patel, Courtroom 15 |

**STIPULATION**

Defendant Ashraf Ali by and through his counsel, Edward W. Swanson, and the United States, by and through its counsel, Assistant United States Attorney Timothy Lucey, hereby stipulate and agree

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

1 | that the sentencing hearing in the above-captioned case be continued for 90 days, or until October 20,
2 | 2008 at 9 a.m.

IT IS SO STIPULATED.

Dated: July 11, 2008

Edward Swanson
Swanson, McNamara & Haller LLP
Attorney for ASHRAF ALI

Dated: July 11, 2008

Timothy Lucey
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/11/08

Honorable Marilyn Hall Patel
United States District Judge

STIP. AND [PROPOSED] ORDER TO CONTINUE HEARING
U.S. v. Ashraf Ali, Case No. CR 04-0293 MHP                2