UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 04 - 0293 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~[PROPOSED]~~ |
| ) | ORDER |
| vs. ) | |
| ) | |
| ASHRAF ALI, ) | |
| YASMIN ALI, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

WHEREAS, issues have arisen in regard to the defendants' compliance with the terms of their release and, as result, the determination of the appropriate action as to the exoneration, or alternatively, forfeiture of the existing bond secured by real property;

WHEREAS, the parties are continuing to meet and confer in order to attempt to resolve these issues short of any motions to or hearing before this Court relating to the exoneration or, alternatively, forfeiture of the bond;

WHEREAS, the parties require additional time to complete their discussions and estimate that an additional 30 days is a reasonable period to complete this process;

////

Stipulation and Order
*UNITED STATES V. ALI*
[CR 04 - 0293 MHP]

**THEREFORE**, the parties stipulate and hereby agree that the Court shall forego any action as to the exoneration of the bond in this matter for a period of 45 days, until **Wednesday, September 30, 2009**, with both parties retaining all rights and defenses as to the exoneration or alternatively, forfeiture, of said bond.

**IT IS SO STIPULATED.**

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

DATED: 9/3/09         /s/ T. LUCEY
                      TIMOTHY J. LUCEY
                      Assistant United States Attorney

DATED: 9/3/09         /s/ A. MOORMAN
                      ANN C. MOORMAN, ESQ.
                      Attorney for Defendant Yasmin Ali

DATED: 9/3/09         /s/. E. SWANSON
                      EDWARD SWANSON, ESQ.
                      Attorney for Defendant Ashraf Ali

**IT IS SO ORDERED.**

THEREFORE, the parties stipulate and hereby agree that the Court shall forego any action as to the exoneration of the bond in this matter for a period of 30 days, until **Wednesday, September 30, 2009**, with both parties retaining all rights and defenses as to the exoneration or alternatively, forfeiture, of said bond.

DATED: 9/8/2009

IT IS SO ORDERED
Judge Marilyn H. Patel
HONORABLE MARILYN H. PATEL
United States District Judge

Stipulation and Order
*UNITED STATES V. ALI*
[CR 04 - 0293 MHP]                - 2 -