UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 04 - 0293 MHP |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER |
| vs. | ) ) | |
| ASHRAF ALI, YASMIN ALI, | ) ) ) | |
| Defendants. | ) ) | |

WHEREAS, issues have arisen in regard to the defendants' compliance with the terms of their release and, as result, the determination of the appropriate action as to the exoneration, or alternatively, forfeiture of the existing bond secured by real property;

WHEREAS, the parties are continuing to meet and confer in order to attempt to resolve these issues short of any motions to or hearing before this Court relating to the exoneration or, alternatively, forfeiture of the bond;

WHEREAS, the parties require additional time to complete their discussions and estimate that an additional 30 days is a reasonable period to complete this process;

////

Stipulation and Order
*UNITED STATES V. ALI*
[CR 04 - 0293 MHP]

**THEREFORE**, the parties stipulate and hereby agree that the Court shall forego any action as to the exoneration of the bond in this matter for a period of 30 days, until **Friday, October 30, 2009**, with both parties retaining all rights and defenses as to the exoneration or alternatively, forfeiture, of said bond.

**IT IS SO STIPULATED.**

DATED: 9/30/2009               JOSEPH P. RUSSONIELLO
                               UNITED STATES ATTORNEY

                               _____/S/_____
                               TIMOTHY J. LUCEY
                               Assistant United States Attorney


DATED: 9/30/2009               _____/S/_____
                               ANN C. MOORMAN, ESQ.
                               Attorney for Defendant Yasmin Ali


DATED: 9/30/2009               _____/S/_____
                               EDWARD SWANSON, ESQ.
                               Attorney for Defendant Ashraf Ali

GOOD CAUSE HAVING BEEN SHOWN, the Court shall forego any action as to the exoneration of the bond in this matter for a period of 30 days, until ~~Friday, October 30, 2009~~ November 2, 2009, with both parties retaining all rights and defenses as to the exoneration or alternatively, forfeiture, of said bond.

**IT IS SO ORDERED.**

DATED: __10/2/2009____         _____
                               HONORABLE MARILYN H. PATEL
                               United States District Judge

*IT IS SO ORDERED.*
*Judge Marilyn H. Patel*

Stipulation and Order
*UNITED STATES V. ALI*
[CR 04 - 0293 MHP]                        - 2 -