1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 04 - 0293 MHP |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER |
| vs. | ) ) | |
| ASHRAF ALI, YASMIN ALI, | ) ) ) | |
| Defendants. | ) ) | |

WHEREAS, issues have arisen in regard to the defendants' compliance with the terms of their release and, as result, the determination of the appropriate action as to the exoneration, or alternatively, forfeiture of the existing bond secured by real property;

WHEREAS, the parties have made substantial progress and are continuing to meet and confer in order to attempt to resolve these issues short of any motions to or hearing before this Court relating to the exoneration or, alternatively, forfeiture of the bond;

WHEREAS, the parties require additional time to complete their discussions and estimate that an additional 14 days is a reasonable period to complete this process;

////

Stipulation and Order
*UNITED STATES V. ALI*
[CR 04 - 0293 MHP]

**THEREFORE**, the parties stipulate and hereby agree that the Court shall forego any action as to the exoneration of the bond in this matter for a period of 14 days, until **Monday, November 16, 2009**, with both parties retaining all rights and defenses as to the exoneration or alternatively, forfeiture, of said bond.

**IT IS SO STIPULATED.**

DATED: November 4, 2009              JOSEPH P. RUSSONIELLO
                                     UNITED STATES ATTORNEY

                                           /S/
                                     _____
                                     TIMOTHY J. LUCEY
                                     Assistant United States Attorney


DATED:  November 4, 2009                   /S/
                                     _____
                                     ANN C. MOORMAN, ESQ.
                                     Attorney for Defendant Yasmin Ali


DATED:  November 4, 2009                   /S/
                                     _____
                                     EDWARD SWANSON, ESQ.
                                     Attorney for Defendant Ashraf Ali

GOOD CAUSE HAVING BEEN SHOWN, the Court shall forego any action as to the exoneration of the bond in this matter for a period of 14 days, until **Monday, November 16, 2009**, with both parties retaining all rights and defenses as to the exoneration or alternatively, forfeiture, of said bond.

**IT IS SO ORDERED.**

DATED: 11/5/2009                     _____
                                     HONORABLE MARILYN H. PATEL
                                     United States District Judge

*IT IS SO ORDERED* — Judge Marilyn H. Patel

Stipulation and Order
*UNITED STATES V. ALI*
[CR 04 - 0293 MHP]                       - 2 -