Edward W. Swanson SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for MIKE ALI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ASHRAF ALI,<br>YASMIN ALI,<br><br>　　　　　Defendants. | Case No. CR-04-0292 PJH<br>Case No. CR-04-0293 MHP<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE ALLOCATION OF CASH<br>SECURITY** |

　　　　Defendant Ashraf Ali, by and through Edward W. Swanson, Defendant Yasmin Ali, by and through Ann Moorman, and the United States, by and through Assistant United States Attorney Timothy Lucey, hereby stipulate and agree as follows:

　　　1.　On November 24, 2009 the Court ordered that real property security previously posted in this matter be substituted with a cash deposit of $50,000.

　　　2.　The parties agree that the cash security shall be allocated as follows:

　　　　　a.　$25,000 shall be applied as security in each case; and

　　　　　b.　the cash security shall be further divided equally between defendants Ashraf and Yasmin Ali, thereby each defendant shall personally secure $12,500 with the Clerk of the Court in each case.

\\\
\\\
\\\

IT IS SO STIPULATED.

Dated: January 19, 2010                                        _____/s/_____
                                                                             EDWARD W. SWANSON
                                                                             Swanson & McNamara LLP
                                                                             Attorney for Ashraf Ali

Dated: January 19, 2010                                        _____/s/_____
                                                                             ANN C. MOORMAN
                                                                             Law Offices of Ann C. Moorman
                                                                             Attorney for Yasmin Ali

Dated: January 19, 2010                                        _____/s/_____
                                                                             TIMOTHY J. LUCEY
                                                                             Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 25, 2010

                                                                             _____
                                                                             EDWARD M. CHEN
                                                                             United States Magistrate Judge

*IT IS SO ORDERED* — Judge Edward M. Chen (signature and seal of the United States District Court, Northern District of California)

2